IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD DAVIS a/k/a STIEN DAVIS | ] | |
| Plaintiff | ] | 1:19-cv-01377 |
| v | ] | |
| | ] | Judge Andre R. Wood |
| HARASTREAM, INC and MIYU ENTERPRISES, INC. | ] | |
| Defendants. | ] | Magistrate Shelia M. Finnegan |

## MOTION FOR JUDGMENT

Now Comes, Plaintiff, Richard Davis, by and through his attorney, Terrence M. Jordan, and moves this court for the entry of judgment. In support whereof, Plaintiff says as follows:

1. On September 11, 2019 Defendants, Harastream, Inc. and Miyu Enterprises, Inc., were held in default.

2. Harastream Inc. is a Utah corporation doing business throughout the United States, including without limitation the State of Illinois (hereinafter "Harastream").

3. Miyu Enterprises, Inc. (formerly known as Miyu Holdings, Inc.) is a Utah corporation doing business throughout the United States, including without limitation the State of Illinois (hereinafter "Miyu").

4. Miyu is the owner of Harastream and otherwise does business under the name Harastream Inc.

5. Mee Kwyung Lee (hereinafter "Lee") is the President of Harastream and Miyu.

6. On or about June 11, 2018, Davis was the Chief Technology Officer of Harastream.

7. On or about June 11, 2018, Lee orally accepted Davis' offer to sell to Harastream and Miyu twenty five (25) NBOX Touchscreen Displays (hereinafter "Displays") for $3,880 each on the following terms:

    a. Payment for two (2) Displays within 10 days.

    b. Payment for twenty-three (23) Displays within 30 days.

  c.  FOB (freight on board) various colleges and universities through out the United States, including the State of Illinois.

  d.  Payment of shipping costs.

8. Davis immediately transferred title to all twenty-five Displays to Harastream and Miyu.

9. Harastream and Miyu timely paid for two (2) Displays.

10. Harastream and Miyu accepted delivery of twenty-four (24) Displays from Brockway Transportation LLC (hereinafter "Brockway") the shipping company.

11. Harastream and Miyu failed to pay any of the shipping costs.

12. Brockway has refused to pick up one of the Displays pending payment of prior shipping costs.

13. Davis performed all that he was required to perform under the contract for sale.

14. Davis in his capacity of Chief Technology Officer of Harastream, arranged with for the pickup and delivery of the Displays from twenty-five separate locations where the Displays were then located.

15. Miyu and Harastream owe Davis $89,240.00 for twenty-three (23) Displays.

16. Davis is entitled to prejudgment interest on the unpaid $89,240.00.

17. The Illinois Interest Act, 815 ILCS 205/2 provides as follows:

**Creditors shall be allowed to receive at the rate of five (5) per centum per annum for all moneys after they become due** on any bond, bill, promissory note, or other instrument of writing; on money lent or advanced for the use of another; on money due on the settlement of account from the day of liquidating accounts between the parties and ascertaining the balance; on money received to the use of another and retained without the owner's knowledge; and **on money withheld by an unreasonable and vexatious delay of payment**. In the absence of an agreement between the creditor and debtor governing interest charges, upon 30 days' written notice to the debtor, an assignee or agent of the creditor may charge and collect interest as provided in this Section on behalf of a creditor. [Emphasis Added]

18. For the purposes of the prejudgment interest statute the principal amount of $89,240.00 was due to be paid on July 11, 2018.

19. Annual interest at 5% on the principal amount of $89,240.00 is $4,462.00 with daily interest being $12.12.

20. Prejudgment interest to November 19, 2019, the date of filing of this motion is $6,063.43.

21. The affidavit of Plaintiff, Richard Davis, in support of his motion for judgment is attached hereto.

WHEREFORE, Plaintiff prays that this court enter judgment in the principal amount of $89,240.00 and prejudgment interest in the amount of $6,063.43 for a total of $95,303.43 plus costs, all against Defendants, Harastream, Inc. and Miyu Enterprises, Inc., jointly and severally.

Respectfully Submitted,

/s/ Terrence M. Jordan
_____
Terrence M. Jordan

Terence M. Jordan   IL-ARDC # 1368257
Attorney for Plaintiff
33 N LaSalle St #3300
Chicago, IL 60602
312 346-2468
jordanlawpc@aol.com